UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS F. WHITEIS, Civil No. 01-1829 (DSD/JMM)

Plaintiff,

v.

**SECOND AMENDED** ORDER FOR PRETRIAL CONFERENCE

UNUMPROVIDENT CORPORATION,

Defendant.

TO: Plaintiff above named and to Robert F. Mannella, Esq., Babcock, Neilson, Mannella, LaFleur & Klint, 118 Main Street East, Anoka, MN 55303, attorneys for Plaintiff;

Defendant above named and to John Harper, III, Esq., Terrance J. Wagener, Esq., Krass Monroe, 1100 Southpoint Center, 1650 West 82nd Street, Bloomington, MN 55431, attorneys for Defendant.

IT IS HEREBY ORDERED that counsel for Plaintiff shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on **December 5, 2001 at 2:30 p.m.** before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Filed NOV 06 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

MEETING, REPORTS AND DISCLOSURES REQUIRED

1. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person no later than **November 26, 2001** to discuss settlement, and to prepare the Report required by Rule 26(f) and Local Rule 16.2.

2. If the case does not settle, no later than **November 28, 2001**, counsel shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. A copy of the Report shall also be delivered to chambers of this Court, Room 610, 316 North Robert Street, St. Paul, Minnesota, no later than **November 28, 2001.** The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court.

3. The parties are advised that a trial date within 12 months of the date of filing the Complaint is available, unless counsel for the parties request additional time in the Rule 26(f) Report.

4. Any party may also submit to chambers a Letter/Memorandum concerning settlement, which may be confidential between the Court and that party.

5. If all counsel wish to hold the pretrial conference by telephone, please make that request by calling Calendar Clerk Katherine Haagenson, (651) 848-1190, after filing the Rule 26(f) Report.

6. If a party consents to have this matter tried before a Magistrate Judge, individual counsel are requested to sign the enclosed form by **December 5, 2001** and send it directly to:

Connie Baker
Calendar Clerk to Judge David S. Doty
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: November 6, 2001

JOHN M. MASON
United States Magistrate Judge